UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEREMY MICHAEL SOFFE,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00170-JAD-EJY-1<br><br>**ORDER** |

　　　Based on the pending Stipulation of counsel, and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, December 16, 2025, at 10:30 a.m., be vacated and continued to January 13, 2026, at the hour of 11:00 a.m.

　　　DATED this 11th day of December 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE