# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

JEREMY SOFFE,

      Defendant.

Case No. 2:23-cr-00170-JAD-EJY-1

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the revocation hearing currently scheduled for January 13, 2026 at 11:00 a.m., be vacated and continued to April 13, 2026, at the hour of 10:00 a.m.

DATED this 9th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE

3