T. LOUIS PALAZZO, ESQ.
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street
Las Vegas, Nevada 89101
Tele: (702) 385-3850
Fax: (702) 385-3855
louis@palazzolawfirm.com
**Attorney for Jeremy Soffe**

**PALAZZO LAW FIRM**
**520 South Fourth Street, Second Floor**
**Las Vegas, Nevada 89101**
**(702) 385-3850**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEREMY MICHAEL SOFFE,

    Defendant.

Case No.:  2:23-cr-00170-JAD-EJY-1

**SUBSTITUTION OF ATTORNEY**

Defendant Jeremy Michael Soffe, hereby substitutes T. Louis Palazzo, Esq. of Palazzo Law Firm, 520 S. Fourth Street, 2nd Floor, Las Vegas, Nevada 89101, Telephone (702) 385-3850, Facsimile (702) 385-3855, louis@palazzolawfirm.com and office@palazzolawfirm.com, as attorney of record in the place and stead of Heidi A. Ojeda, Esq. of the Federal Public Defender's Office.

DATED:  January 12, 2026.    */s/ T. Louis Palazzo, Esq.*
    *Signed at the direction of Jeremy M. Soffe*
    Jeremy Michael Soffe

I consent to the above substitution.

DATED:  January 12, 2026.    */s/ Heidi A. Ojeda*
    Heidi A. Ojeda, Esq.
    Assistant Federal Public Defender

Page 1 of 2

PALAZZO LAW FIRM
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
(702) 385-3850

I have been retained by Defendant Jeremy Soffe and accept the above substitution. I am duly admitted to practice in this District.

DATED:  January 12, 2026.          /s/ T. Louis Palazzo_____
                                   T. Louis Palazzo, Esq.
                                   Palazzo Law Firm


**IT IS SO ORDERED.**

DATED:  January 26, 2026.


_____
United States Magistrate Judge