**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JEREMY MICHAEL SOFFE,

        Defendant.

Case No.:  2:23-cr-00170-JAD-EJY-1

**ORDER**

Based on Stipulation of counsel, and good cause appearing,

IT IS SO ORDERED that the revocation hearing currently scheduled for April 13, 2026 at 10:00 a.m., be vacated and continued to June 4, 2026, at the hour of 10:30 a.m.

DATED this 9th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE

1