**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

JEREMY MICHAEL SOFFE,

          Defendant.

Case No.:  2:23-cr-00170-JAD-EJY-1

**ORDER**

     Based on Stipulation of counsel, and good cause appearing,

IT IS SO ORDERED that the revocation hearing currently scheduled for June 4, 2026 at 10:30 a.m., be vacated and continued to July 21, 2026 at the hour of 10:30 a.m.

     DATED this 29th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE

1